LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:02-CR-05101 AWI |
| Plaintiff, | ) ORDER FOR DISMISSAL OF INDICTMENT |
| v. | ) |
| ROBERTO CARLOS PEREZ TORRES, JR. | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED, that the Indictment against ROBERTO CARLOS PEREZ TORRES, JR., be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   June 10, 2009**             /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

MOTION AND ORDER FOR DISMISSAL OF INDICTMENT

1